
FILED
8/26/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT


RECEIVED KP
8-03-16
AUG 0 3 2016 DC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES J. Williams

16-cv-6282

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J. Dart
Sheriff of Cook County
D.O.C.

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:                    **AMENDED COMPLAINT**

__✓__   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        U.S. Code (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: JAMES J. Williams

    B. List all aliases: NONE

    C. Prisoner identification number: R-54934

    D. Place of present confinement: Jacksonville Corr. Center

    E. Address: 2268 E. Morton Ave, Chi., Ill. 62650

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Thomas Dart

    Title: Sheriff of Cook County

    Place of Employment: Cook County Sheriff Dept.

    B. Defendant: _____

    Title: _____

    Place of Employment: _____

    C. Defendant: _____

    Title: _____

    Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _____
_____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

    D. List all defendants: _____
_____
_____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____
_____

    G. Basic claim made:_____
_____
_____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(JAN. 2012)

I James Williams was held/forced to live in an abandon building (Div. 3) which was an voilation of my (8th Amendment) Cruel & Unusual Punishment. Plus by being housed there, my (14th Amendment) was also voilated because I was unable to use the law-library to study my case. I was put in Div. 3 with NO HEAT nor Hot WATER. Wet floors, rat/roaches running around which is all hazardous to inmates health. Along with mildew on shower walls, garbage on shower floors. All type of loose wirering everywhere, which one could have been seriously injured. The whole building constantly smelling like urine. Inmates basically had to

4                                                                                       Revised 9/2007

wash-up in the sink or wouldn't have been able to take care of their personal hygienes. So yes, I truely feel & believe that I am entitled to some type of relief due to what I had to go through in the County Jail. (Div. 3) from Jan. 2012 to Feb. 2012, a little over 30 days all together.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____
_____
_____
_____
_____
_____

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this July day of 21st, 2016

*James Williams*
(Signature of plaintiff or plaintiffs)

JAMES WILLIAMS
(Print name)

R-54934
(I.D. Number)

2268 E. MORTON AVE.
JACKSONVILLE, Ill. 62650
(Address)

Revised 9/2007